JOHN D. NIBBELIN, COUNTY COUNSEL (SBN 184603)
By: Tara E. Heumann, Deputy (SBN 252163)
By: Daniel McCloskey (SBN 191944)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone:  (650) 363-1965
Facsimile:  (650) 363-4034
E-mail:  theumann@smcgov.org
E-mail:  dmccloskey@smcgov.org

Attorneys for Defendants
SAN MATEO COUNTY, CARLOS BOLANOS,
FRANK DAL PORTO, AND SAN MATEO COUNTY
SHERIFF'S OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISON

| | |
|---|---|
| CURTIS L. BRIGGS, an individual; ROBERT CANNY, an individual; and MATTHEW MURILLO, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>SAN MATEO COUNTY, a municipal corporation, CARLOS BOLANOS, Sheriff of San Mateo County, an individual; FRANK DAL PORTO, Captain of the San Mateo County Sheriff's Office, an individual; SAN MATEO COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No.  22-cv-05012-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES**<br><br>THE HONORABLE YVONNE GONZALEZ ROGERS |

Pursuant to Civil Local Rule 6-1(a), Defendants County of San Mateo, Carlos Bolanos, Frank Dal Porto and the San Mateo County Sheriff's Office (collectively, "Defendants") and Plaintiffs Curtis L. Briggs, Robert Canny and Matthew Murillo (collectively, "Plaintiffs") (Plaintiffs and Defendants are collectively, "Parties,") by and through their respective undersigned attorneys of record, submit the following stipulation, subject to this Court's approval, to extend Defendants' time to respond to the Complaint and to extend all case deadlines by approximately 60 days, for the reasons as follows below:

WHEREAS, on September 1, 2022, Plaintiffs filed the Complaint in this action (ECF 1);

WHEREAS, on September 14, 2022, a Summons was issued as to Defendants (ECF 7);

WHEREAS, on September 15, 2022, Plaintiffs delivered the Complaint, Summons and associated papers to the County Clerk of the County, and on or after that date subsequently delivered the same to the San Mateo County Sheriff's Office as directed to Sheriff Bolanos and Captain Dal Porto;

WHEREAS, the Parties' previously met and conferred and agreed to extend Defendants' time to respond to the Complaint first to November 4, 2022 (ECF 8) and later to November 18, 2022 (ECF 11);

WHEREAS, the Parties have been engaged in productive discussions to resolve the case and are working cooperatively to complete and finalize a resolution subject to approval by the County's Board of Supervisors in early December 2022, which would result in dismissal of this case at that time;

WHEREAS, in view of the current posture of the case and the wish to avoid unnecessary expenditure of the Parties' and this Court's resources pending potential resolution, the Parties have met and conferred and are agreeable to further extending Defendants' time to respond to the Complaint and extending all pending case deadlines including those set by the Court in its September 2, 2022 Order Setting Initial Case Management Conference and ADR Deadlines (ECF 3) by approximately 60 days;

NOW THEREFORE, for good cause shown, the Parties agree that the time for each of the Defendants to respond to the Complaint and other pending case deadlines are extended by approximately 60 days, as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' response to Complaint due | November 18, 2022 | January 18, 2023 |
| Last day to meet/confer re initial disclosures, early settlement, ADR, file ADR certification | November 21, 2022 | January 20, 2023 |

| Last day to file Rule 26(f) report and file Case Management Statement | December 5, 2022 | February 6, 2023 |
|---|---|---|
| Initial Case Management Conference | December 12, 2022 at 2:00 p.m. | February 13, 2023 at 2:00 p.m. or date convenient for the Court |

IT IS SO STIPULATED.

Dated:  November 14, 2022                                    JOHN D. NIBBELIN, COUNTY COUNSEL


By:  */s/ Daniel McCloskey*
          Daniel McCloskey, Deputy
          Tara E. Heumann, Deputy

Attorneys for Defendants
SAN MATEO COUNTY, CARLOS BOLANOS, FRANK DAL PORTO, AND SAN MATEO COUNTY SHERIFF'S OFFICE

Dated:  November 14, 2022                                    LAW OFFICE OF PAULA CANNY


By:  */s/ Paula Canny*
          Paula Canny

Attorneys for Plaintiffs,
CURTIS L. BRIGGS, ROBERT CANNY, MATTHEW MURILLO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  _____          _____
                                                                         HONORABLE YVONNE GONZALEZ ROGERS