JOHN D. NIBBELIN, COUNTY COUNSEL (SBN 184603)
By: Tara E. Heumann, Deputy (SBN 252163)
By: Daniel McCloskey (SBN 191944)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-1965
Facsimile: (650) 363-4034
E-mail: theumann@smcgov.org
E-mail: dmccloskey@smcgov.org

Attorneys for Defendants
SAN MATEO COUNTY, CARLOS BOLANOS,
FRANK DAL PORTO, AND SAN MATEO COUNTY
SHERIFF'S OFFICE

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
December 8, 2022

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISON

| | |
|---|---|
| CURTIS L. BRIGGS, an individual; ROBERT CANNY, an individual; and MATTHEW MURILLO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SAN MATEO COUNTY, a municipal corporation, CARLOS BOLANOS, Sheriff of San Mateo County, an individual; FRANK DAL PORTO, Captain of the San Mateo County Sheriff's Office, an individual; SAN MATEO COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 22-cv-05012-YGR<br><br>**STIPULATION OF DISMISSAL OF ACTION**<br><br><br>THE HONORABLE YVONNE GONZALEZ ROGERS |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Curtis L. Briggs, Robert Canny and Matthew Murillo and Defendants San Mateo County, Carlos Bolanos, Frank Dal Porto and the San Mateo County Sheriff's Office, hereby stipulate, through their undersigned counsel of record, to the dismissal of the above-captioned action, with prejudice, with the parties to bear their respective fees and costs.

IT IS SO STIPULATED.

Dated: 12/7, 2022

JOHN D. NIBBELIN, COUNTY COUNSEL

By: /s/ Daniel McCloskey
Tara E. Heumann, Deputy
Daniel McCloskey, Deputy

Attorneys for Defendants
SAN MATEO COUNTY, CARLOS BOLANOS, FRANK DAL PORTO, AND SAN MATEO COUNTY SHERIFF'S OFFICE

Dated: December 7, 2022

LAW OFFICE OF PAULA CANNY

By: Paula Canny

Attorneys for Plaintiffs CURTIS L. BRIGGS, ROBERT CANNY AND MATTHEW MURILLO