UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned case

22-cv-05012-YGR      Briggs, et al. v. San Mateo County, et al.

I find that the more recently filed case below is not related to the case that was assigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 23-cv-01865-DMR | A.B.O. Comix v. County of San Mateo | | X |

This terminates Docket Numbers 16, 18, and 24.

Dated: May 4, 2023

By: _____
Yvonne Gonzalez Rogers
United States District Judge